

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | | No. 08-18-00215-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | 384th District Court |
| | § | |
| ALFRED CORRAL, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20170D02456) |
| | § | |

## **MEMORANDUM OPINION**

The State of Texas has filed a motion to dismiss its appeal pursuant to Rule 42.2(a). This rule permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). We grant the motion and dismiss the State's appeal.


February 5, 2019
                                        YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)